## 27236. BROWN v. THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of burglary. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for new trial which contained the general grounds only. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 5, 1938.

*Joseph A. Morris, Alfred D. Herrington,* for plaintiff in error. *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.